## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

**DAISY L. RODRIGUEZ, et al.,**
**Plaintiffs**

**v.**                                                              **CIVIL NO. 06-1160(DRD)**

**UHS OF PUERTO RICO, INC.,**
**et al.,**
**Defendants**

| MOTION | RULING |
|---|---|
| **Date Filed:** 05/16/06 **Docket #4** [X] **Plff** [] **Deft** [ ] **Other**<br><br>**Title:** Petition for Voluntary Dismissal Without Prejudice Pursuant to Rule 41(a)(1)(i) | **GRANTED**. Plaintiffs have appeared moving for the voluntary dismissal of all their claims against the defendants without prejudice. The Docket Sheet reveals that as of this date, defendants have not been served process nor that a responsive pleading has been filed. Therefore, pursuant to Fed.R.Civ.P. 41(a)(1)(i), the Court hereby **GRANTS** plaintiffs' request for voluntary dismissal **WITHOUT PREJUDICE**. **Judgment** shall be entered accordingly. |

**IT IS SO ORDERED.**
In San Juan, Puerto Rico this 16th day of May 2006.

**S/DANIEL R. DOMINGUEZ**
**DANIEL R. DOMINGUEZ**
**U.S. DISTRICT JUDGE**